**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LIVINGSTON BENNETT, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCO Brands Corporation,<br><br>Defendant. | Case No.: 1:26-cv-2249<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: May 20, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Michael Ohrenberger**

By: Michael Ohrenberger, Esq.
4903 Avenue N,
Brooklyn, NY 11234
O: (844) 731-3343
C: (716) 281-5496
Email: mohrenberger@ealg.law